FILED

JAN 0 6 2010

U.S. DISTRICT COURT
DISTRICT OF R.I.

| A CERTIFIED TRUE COPY |
| :---: |
| ATTEST |
| By Denise Morgan-Stone on Jan 05, 2010 |
| FOR THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 17, 2009

FILED
CLERK'S OFFICE

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-61)

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 1,183 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted. |
| :---: |
| Jan 05, 2010 |
| CLERK'S OFFICE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

Attest to
True Copy

DAVID A. DiMARZIO

By Paulette J. Duke
Deputy Clerk

Page 1 of 2

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

## SCHEDULE CTO-61 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 09-2047 | Rodney Wingler v. Davol, Inc., et al. | CA 10-3042 |
| ALN 2 09-2049 | Pamela Casey v. Davol, Inc., et al. | CA 10-3043 |
| ALN 2 09-2050 | Charlene Nolen v. Davol, Inc., et al. | CA 10-3044 |
| **CALIFORNIA NORTHERN** | | |
| CAN 4 09-4891 | John Hinke v. C.R. Bard, Inc., et al. | CA 10-3045 |
| **FLORIDA MIDDLE** | | |
| FLM 8 09-2343 | John Punturo v. Davol, Inc., et al. | CA 10-3046 |
| **GEORGIA SOUTHERN** | | |
| GAS 4 09-176 | Sandra Martin v. Davol, Inc., et al. | CA 10-3047 |
| **MASSACHUSETTS** | | |
| MA 1 09-11901 | Cory Hanks v. Davol, Inc., et al. | CA 10-3048 |
| **MINNESOTA** | | |
| MN 0 09-2829 | Audrey S. Connell v. Davol, Inc., et al. | CA 10-3049 |
| MN 0 09-2847 | Sandra W. Taylor v. Davol, Inc., et al. | CA 10-3050 |
| MN 0 09-3002 | Katrina Canter v. Davol, Inc., et al. | CA 10-3051 |
| MN 0 09-3003 | Jonathon Hadley v. Davol, Inc., et al. | CA 10-3052 |
| MN 0 09-3031 | Willie Blackmon v. Davol, Inc., et al. | CA 10-3053 |
| MN 0 09-3039 | Dana Williams-Clark v. Davol, Inc., et al. | CA 10-3054 |
| MN 0 09-3041 | John Stringer v. Davol, Inc., et al. | CA 10-3055 |
| MN 0 09-3055 | Kimberly Hill v. Davol, Inc., et al. | CA 10-3056 |
| MN 0 09-3056 | Brandee Fager v. Davol, Inc., et al. | CA 10-3057 |
| MN 0 09-3115 | Darlene Rowe v. Davol, Inc., et al. | CA 10-3058 |
| MN 0 09-3117 | Joseph Schulz v. Davol, Inc., et al. | CA 10-3059 |
| MN 0 09-3121 | Marilyn Bagley v. Davol, Inc., et al. | CA 10-3060 |
| MN 0 09-3166 | Raymond Myers v. Davol, Inc., et al. | CA 10-3061 |
| MN 0 09-3181 | Rodger Rainey v. Davol, Inc., et al. | CA 10-3062 |
| MN 0 09-3182 | Patricia Ballou v. Davol, Inc., et al. | CA 10-3063 |
| MN 0 09-3226 | Beverly Ann Williams v. Davol, Inc., et al. | CA 10-3064 |

**MDL No. 1842 - Schedule CTO-61 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **NORTH CAROLINA WESTERN** | | |
| NCW 1 09-420 | Helen Joan Worley, et al. v. Davol, Inc., et al. | CA 10-3065 |
| **NEW YORK EASTERN** | | |
| NYE 1 09-4364 | Sharon Calahan v. Davol, Inc., et al. | CA 10-3066 |
| NYE 1 09-4366 | John Newton, et al. v. Davol, Inc., et al. | CA 10-3067 |
| NYE 1 09-4403 | Audrea Dillard v. Davol, Inc., et al. | CA 10-3068 |
| NYE 1 09-5061 | Mark Herst, et al. v. Davol, Inc., et al. | CA 10-3069 |
| NYE 1 09-5062 | Rainie Jackson Reed v. Davol, Inc., et al. | CA 10-3070 |
| NYE 2 09-4365 | Frances Markotsis, et al. v. Davol, Inc., et al. | CA 10-3071 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 09-1199 | Paul E. Gabler, II v. Davol, Inc., et al. | CA 10-3072 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 09-1455 | Julie D. Leach, et al. v. Davol, Inc., et al. | CA 10-3073 |
| **TEXAS SOUTHERN** | | |
| TXS 4 09-3481 | Pascual Avila v. Davol, Inc., et al. | CA 10-3074 |
| **UTAH** | | |
| UT 2 09-581 | Lorna Katoa v. Davol, Inc., et al. | CA 10-3075 |
| **VIRGINIA EASTERN** | | |
| VAE 2 09-517 | Angela Spruill v. Davol, Inc., et al. | CA 10-3076 |

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

PANEL SERVICE LIST (CTO-61)

David W. Alexander
WILLIAMS KHERKHER HART
BOUNDAS LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Andres F. Alonso
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021

William D. Anderson
PERRY JOHNSON ANDERSON
MILLER & MOSKOWITZ
438 First Street, 4th Floor
Santa Rosa, CA 95404

Melanie M. Atha
CABANISS JOHNSTON GARDNER
DUMAS & O'NEAL
2001 Park Place North, Suite 700
P.O. Box 830612
Birmingham, AL 35283-0612

Dana A. Blanton
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Eugene C. Brooks, IV
BROOKS LAW FIRM
313 West York Street
P.O. Box 9545
Savannah, GA 31412-9545

Michael K. Brown
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Curtis N. Bruehl
435 Norther Walker Avenue, Suite 103
Oklahoma City, OK 73102

C. Justin Conrad
WHITE & WILLIAMS LLP
Frick Building
437 Grant Street, Suite 1001
Pittsburgh, PA 15219

Richard M. Eldridge
ELDRIDGE COOPER STEICHEN
& LEACH PLLC
P.O. Box 3566
Tulsa, OK 74101-3566

John C. Evans
SPECTER SPECTER EVANS & MANOGUE PC
Koppers Bulding
436 Seventh Avenue, 26th Floor
Pittsburgh, PA 15219

W. Lewis Garrison, Jr.
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35203

Eric F. Gladbach
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Richard S. Glasser
GLASSER & GLASSER PLC
Crown Center Building
580 East Main Street, Suite 600
Norfolk, VA 23510

Case 4:09-cv-04891-SBA   Document 13   Filed 01/06/10   Page 5 of 8

Page 2 of 2

MDL No. 1842 - Panel Service List (CTO-61) (Continued)

Stephanie Hatzakos
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119

Steven D. Henry
SMITH MOORE LEATHERWOOD LLP
Atlantic Center Plaza
1180 West Peachtree Street, Suite 2300
Atlanta, GA 30309

John P. Hooper
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Gregory Lawing Jones
GREG JONES & ASSOCIATES PA
3015 Market Street
Wilmington, NC 28403

Chris M. Limberopoulos
LIMBEROPOULOS LAW FIRM PA
400 North Ashley Drive, Suite 2150
Tampa, FL 33602

D. Mitchell McFarland
HARRISON BETTIS STAFF
MCFARLAND & WEEMS LLP
Wedge International Tower
1415 Louisiana Street, 37th Floor
Houston, TX 77002

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903-7109

Nancy A. Mismash
ROBERT J DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, UT 84107

Jonathon D. Orent
MOTLEY RICE LLC
One Corporate Center, 17th Floor
20 Church Street
Hartford, CT 06103

James E. Rolshouse
JAMES ROLSHOUSE & ASSOCIATES PLLC
1605 Southcross Drive West
Burnsville, MN 55306

Margaret E. Rutkowski
REED SMITH LLP
Riverfront Plaza - West Tower
901 E. Byrd Street, Suite 1700
Richmond, VA 23219-4068

Jacqueline Seidel
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Matthew J. Sill
SILL & MEDLEY
725 N.W. Eleventh Street
Oklahoma City, OK 73103

Anthony Peter Strasius
WILSON ELSER MOSKOWITZ
EDLEMAN & DICKER LLP
International Place
100 SE 2nd Street, Suite 3800
Miami, FL 33131

Anna M. Yakle
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112

Charles S. Zimmerman
ZIMMERMAN REED PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                              MDL No. 1842

## INVOLVED JUDGES LIST (CTO-61)

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Hon. Sharon Lovelace Blackburn
Chief Judge, U.S. District Court
730 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. Frederic Block
Senior U.S. District Judge
925S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Mark S. Davis
U.S. District Judge
United States District Court
Walter E. Hoffman U.S. Courthouse, 3rd Floor
600 Granby Street
Norfolk, VA 23510-1915

Hon. Raymond J. Dearie
Chief Judge, U.S. District Court
912 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Nora Barry Fischer
Senior U.S. District Judge
5260 United States Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Hon. Donovan W. Frank
U.S. District Judge
724 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Nathaniel M. Gorton
U.S. District Judge
3110 John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210-3002

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203-2000

Hon. Richard H. Kyle
Senior U.S. District Judge
772 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
734 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Kiyo Matsumoto
U.S. District Judge
1227 South Emanuel Celler Federal Building
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Roslynn R. Mauskopf
U.S. District Judge
United States District Court
448 N Emanuel Celler Federal Building
225 Cadman Plaza East
Brooklyn, NY 11201-1818

## MDL No. 1842 - Involved Judges List (CTO-61) (Continued)

Hon. Steven D. Merryday
U.S. District Judge
15A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William T. Moore, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 10245
Savannah, GA 31412-0445

Hon. Martin Reidinger
U.S. District Judge
U.S. Courthouse
100 Otis Street
Suite 110
Asheville, NC 28801-2611

Hon. James M. Rosenbaum
Senior U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
774 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Arthur D. Spatt
Senior U.S. District Judge
United States District Court
P.O. Box 9014
Central Islip, NY 11722-9014

Hon. Ted Stewart
U.S. District Judge
United States District Court
148 Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, UT 84101

Honorable Sharon Lovelace Blackburn
Chief Judge
United States District Court
Hugo L. Black United States Courthouse
1729 Fifth Avenue North, Room 581
Birmingham, AL 35203-2000

Hon. Jack B. Weinstein
Senior U.S. District Judge
1420 U. S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Ewing Werlein, Jr.
Senior U.S. District Judge
11521 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

Hon. Lee R. West
Senior U.S. District Judge
3001 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

MDL No. 1842

## INVOLVED CLERKS LIST (CTO-61)

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Scott Poff, Clerk
P.O. Box 8286
Savannah, GA 31412-8286

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Frank G. Johns, Clerk
309 U.S. Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, NC 28801

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

D. Mark Jones, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Fernando Galindo, Clerk
193 Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915